**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Isac ALVARADO–ISORDIA,
Defendant–Appellant.**

No. 09–30287.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 22, 2010.

Bryan R. Whittaker, Assistant U.S., Office of the U.S. Attorneys, Helena, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Assistant Federal Public Defender, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Juan Isac Alvarado–Isordia appeals from the 54–month sentence imposed following his guilty-plea conviction for illegal re-entry of a deported alien, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Alvarado–Isordia contends that his sentence is unreasonable because the district court failed to review sufficiently the mitigating facts of his case in light of the 18 U.S.C. § 3553(a) sentencing factors. He also contends that his sentence is greater than necessary in light of the staleness and facts surrounding a prior conviction that formed the basis for a 16–level enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(i). The record indicates that the district court did not procedurally err and that the sentence is substantively reasonable in light of the totality of the circumstances. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc); *cf. United States v. Amezcua–Vasquez,* 567 F.3d 1050, 1054–58 (9th Cir. 2009).

**AFFIRMED.**